IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

2018 AUG -8 PM 4:22

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:18 CR 440 |
| | ) | Title 18, Section 1546(a), |
| NORA RAQUEL GALVEZ-ROBLERO, | ) | United States Code |
| Defendant. | ) | JUDGE ZOUHARY |
| | | MAG. JUDGE JAMES R. KNEPP II |

COUNT 1
(Fraud and Misuse of Visas and Other Documents, in violation of Title 18, United States Code, Section 1546(a))

The Grand Jury charges:

On or about March 31, 2015, in the Northern District of Ohio, Nora Raquel GALVEZ-ROBLERO did knowingly use, attempt to use, and possess a document prescribed by statute and regulation as evidence of authorized stay or employment in the United States, that is a Lawfully Admitted Permanent Resident (LAPR) card bearing Alien Registration Number XXX-XX7-564 in the name of Nora GALVEZ, which defendant knew to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in that the defendant used the LAPR card to complete a Form I-9 and obtain employment, in violation of Title 18, United States Code, Section 1546(a).

COUNT 2
(Fraud and Misuse of Visas and Other Documents, in violation of Title 18, United States Code, Section 1546(a))

The Grand Jury further charges:

On or about February 6, 2017, in the Northern District of Ohio, NORA RAQUEL GALVEZ-ROBLERO did knowingly use, attempt to use, and possess a document prescribed by statute and regulation as evidence of authorized stay or employment in the United States, that is a

ORIGINAL

Lawfully Admitted Permanent Resident (LAPR) card bearing Alien Registration Number XXX-XX5-274 in the name of Nora Galvez, which defendant knew to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in that the defendant used the LAPR card to complete a Form I-9 and obtain employment, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.