IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:18 CR 440 |
| Plaintiff, | ORDER ADOPTING R&R AND <u>ACCEPTING GUILTY PLEA</u> |
| -vs- | |
| Nora Raquel Galvez-Roblero, | JUDGE JACK ZOUHARY |
| Defendant. | |

By consent of the parties (Doc. 26), this case was referred to United States Magistrate Judge James Knepp under General Order 99-49 for a Change of Plea Hearing. The Magistrate Judge has filed his Report & Recommendation (R&R) (Doc. 27), finding that the requirements imposed by the United States Constitution and Federal Criminal Rule 11 have been satisfied and recommending that this Court accept the Defendant's plea of guilty. The deadline for filing objections to the R&R has passed, and no requests for extension have been received.

This Court has read the transcript of the Change of Plea Hearing (Doc. 30) and reviewed the R&R. This Court finds that in a careful and thorough proceeding, the Magistrate Judge satisfied all requirements of the United States Constitution and Federal Criminal Rule 11: He correctly found Defendant to be competent and aware of the charges against her, the consequences of conviction, and her rights and waiver of those rights. The Magistrate Judge also correctly found that Defendant

consented to proceed before him and tendered her plea of guilty knowingly, intelligently, and voluntarily. Finally, the Magistrate Judge correctly found that there was an adequate factual basis for the plea, as described on the record.

In short, upon *de novo* review, this Court adopts the Magistrate Judge's findings and recommendation. Accordingly, this Court accepts Defendant's plea of guilty and enters a finding of guilty. Defendant has already been referred to Probation Services for preparation of a Presentence Investigation Report, and a Sentencing Hearing is set for **Friday, March 15, 2019 at 3:00 PM.**

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                       JACK ZOUHARY
                                                       U. S. DISTRICT JUDGE

February 12, 2019